**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CATHERINE BOLLINGER, )<br>)<br>Plaintiff, )<br>v.  )<br>)<br>BUTLER BEAUTY SCHOOL, )<br>)<br>Defendants. ) | C.A. No. 05-318 Erie |

## **MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on October 25, 2005 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's report and recommendation, filed on September 7, 2007 [32], recommended that the Defendant's motion for summary judgment [20] be granted in part and denied in part. The parties were allowed ten (10) days from the date of service to file objections. Defendant's objections were filed on September 17, 2007 [34] and Plaintiff's response was filed on [35] on September 24, 2007.

After de novo review of the Complaint and the documents in the case, together with the Report and Recommendation, Defendant's objections and Plaintiff's response thereto, the following order is entered:

AND NOW, this 25th Day of September, 2007, IT IS HEREBY ORDERED that the Defendant's motion for summary judgment [20] be and hereby is GRANTED in part and DENIED in part.

The report and recommendation of Chief Magistrate Judge Baxter dated September 7, 2007 [32] is adopted as the opinion of this Court.

s/ Sean J. McLaughlin

SEAN J. McLAUGHLIN
United States District Judge

cm:   all counsel of record.
      Chief U.S. Magistrate Judge Susan Paradise Baxter